UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIEGEL-ROBERT, INC. d/b/a
SIEGEL-ROBERT AUTOMOTIVE,
a Nevada Corporation,

    Plaintiff/Counter-Defendant,

Case No. 2:07-cv-13191

vs.

District Judge Patrick J. Duggan
Magistrate Judge Steven D. Pepe

MAYCO INTERNATIONAL, LLC,
a Michigan Limited Liability Corporation,

    Defendant/Counter-Plaintiff.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan
on: May 1, 2008.

PRESENT:__PATRICK J. DUGGAN_____
U.S. DISTRICT COURT JUDGE

This matter is before this Honorable Court upon the stipulation of the parties. The Court has reviewed the files and records of this case and is otherwise more fully advised in the premises.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Plaintiff/Counter-Defendant's Complaint against Mayco International, LLC, shall be, and the same hereby is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**IT IS FURTHER ORDERED** that Defendant/Counter-Plaintiff's Counterclaim against Siegel-Robert, Inc. d/b/a Siegel-Robert Automotive shall be, and the same hereby is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., 3910 TELEGRAPH RD., SUITE 200, BLOOMFIELD HILLS, MI 48302 (248) 593-5000

**THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THIS CASE.**

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: May 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2008, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager

Stipulated and agreed to:

BUTZEL LONG

s/ Daniel N. Sharkey
DANIEL N. SHARKEY (P53837)
BRENT W. WARNER (P67733)
Attorneys for Plaintiff/Counter-Defendant
150 West Jefferson, Suite 100
Detroit, Michigan 48226-4454
(313) 225-7000
sharkey@butzel.com
warner@butzel.com


LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

s/ Thomas G. Costello
THOMAS G. COSTELLO (P42973)
MARK E. PHILLIPS (P63063)
Attorneys for Defendant/Counter-Plaintiff
3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48302
(248) 593-5000
tcostello@lipsonneilson.com
mphillips@lipsonneilson.com

2